No. 576. LEVY *v.* CORCORAN, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Charles Morgan, Jr., Melvin L. Wulf, Alan H. Levine, Lawrence Speiser, Ralph J. Temple* and *Anthony G. Amsterdam* for petitioner. *Acting Solicitor General Spritzer* for respondent.

No. 609. MOIST ET AL. *v.* BELK, RECEIVER FOR BROOKDALE CEMETERY ASSOCIATION, ET AL. C. A. 6th Cir. Motion for security for costs and for supersedeas bond denied. Certiorari denied. *August F. Brandt* for petitioners. *A. Albert Sugar* for respondent Belk, *Arthur M. Lang* for respondents Lewis et al., *Robert E. Plunkett* for respondent Beattie; and *Constantine A. Tsangadas, John R. Starrs* and *Ralph W. McKenney,* respondents, *pro se.*

No. 16, Misc. WATSON ET AL. *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 199, Misc. DESIMONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frank A. Lopez* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 454, Misc. SCHACK *v.* MEADOWS, U. S. ATTORNEY. C. A. 5th Cir. Certiorari denied.

No. 472, Misc. NEELY *v.* CAVELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.